



# MEMORANDUM OPINION

No. 04-12-00601-CR

**IN RE** Steven **OLVEDA**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
              Phylis J. Speedlin, Justice
              Steven C. Hilbig, Justice

Delivered and Filed: October 3, 2012

PETITION FOR WRIT OF MANDAMUS DENIED

On September 19, 2012, Relator Steven Olveda filed a petition for writ of mandamus complaining of the trial court's failure to rule on a speedy trial motion. However, counsel has been appointed to represent relator in the criminal proceeding pending in the trial court for which he is currently confined. A criminal defendant is not entitled to hybrid representation. *See Robinson v. State*, 240 S.W.3d 919, 922 (Tex. Crim. App. 2007); *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). A trial court has no legal duty to rule on pro se motions or petitions filed with regard to a criminal proceeding in which the defendant is represented by counsel. *See Robinson*, 240 S.W.3d at 922. Consequently, the trial court did not abuse its discretion by declining to rule on relator's pro se motion filed in the criminal proceeding pending

---

[1] This proceeding arises out of Cause No. 2011CR2759, styled *State of Texas v. Steven Olveda*, pending in the 175th Judicial District Court, Bexar County, Texas, the Honorable Mary D. Roman presiding.

in the trial court.  Accordingly, the petition for writ of mandamus is denied.  TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH